IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYVLANIA

| | |
|---|---|
| TARA QUARLES, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>WAKEFERN FOOD CORPORATION<br><br>        Defendant. | CASE NO. 2:21-cv-01488-PD<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Tara Quarles hereby gives notice that she voluntarily dismisses the above-captioned action without prejudice.

Dated: July 9, 2021

Respectfully submitted,

/s/ Steffan T. Keeton
Steffan T. Keeton, Esq.
Pa. Id. No. 314635
stkeeton@keetonfirm.com

**The Keeton Firm LLC**
100 S Commons, Ste. 102
Pittsburgh, PA 15212
Phone: 1-888-412-5291

*Attorney for Plaintiff and the Class*